UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ACUITY, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | NO. 3:16-cv-00363 |
|  | ) | CHIEF JUDGE CRENSHAW |
| PEAR TREE PROPERTIES, LLC, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

Pursuant to the Memorandum and Order entered in the related case, No. 3:16-cv-551, the Complaint in the above-captioned case is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE