UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Acuity

                Plaintiff,

v.                                           Case No.: 3:16−cv−00363

Pear Tree Properties, LLC

                Defendant,

## ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/25/2017 .

                                                              Keith Throckmorton, Clerk
                                                              s/ Angie Brewer, Deputy Clerk